JACOB LEVENSON, RELATOR, v. JOHN G. SCOTT, BUILD-
ING INSPECTOR OF THE CITY OF ·EAST ORANGE,
AND THE CITY OF EAST ORANGE, RESPONDENTS.

Argued January 18, 1927—Decided May 13, 1927.

**Zoning—Apartment-House in Residence District—Case Within
Rule in Nutley Case.**

On application for *mandamus.* On demurrer to return to
an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-
CHARD.

For the relator, *Benjamin Newman.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The relator applied to the building inspector of the city
of East Orange for a permit for the erection of a four-story
building in that city containing forty apartments, on land
owned by him.

The building inspector denied the permit solely because the
property was located within what is known as the medium
volume residence district as designated in the zoning ordi-
nance of the city, and is thereby zoned against the use of the
property for apartment-houses.

Our examination of the case results in the conclusion that
it is controlled by the case of *State* v. *Nutley,* 99 *N. J. L.*
389. That case in the Court of Errors and Appeals is bind-
ing on this court in the absence of modification by that court,
and as yet there has been none.

The relator is entitled to judgment, with costs, and a per-
emptory writ will issue.